UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| HILARIA RODRIGUEZ, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 7:19-cv-00397-AKK-SGC |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on November 20, 2019, recommending this matter be dismissed for lack of federal subject matter jurisdiction. Doc. 4. Although the report advised the petitioner of her right to file specific written objections within fourteen days, *id.* at 8-9, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the petition is due to be dismissed for lack of federal subject matter jurisdiction. Because this matter invokes 28 U.S.C. § 2241, a ruling on a certificate of appealability is not required.

A separate order will be entered.

**DONE** the 13th day of December, 2019.

                                                          **ABDUL K. KALLON**
                                        UNITED STATES DISTRICT JUDGE